# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154029(53)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

GREGORY LAMONT GLENN, JR.,
　　　　Defendant-Appellant.
_____/

SC:  154029
COA:  325640
Wayne CC:  14-006694-FH

　　　　On order of the Chief Justice, the motion of defendant-appellant to file a superseding application for leave to appeal is GRANTED.  The superseding application will be accepted as timely filed if submitted on or before August 26, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2016



Clerk